| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
| --- | --- | --- |
| Constantine, Katherine A. | Minnesota Bankruptcy Court | 05/10/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
| --- | --- | --- |
| US Bankruptcy Court Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2015 to 12/31/2015 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

Suite 206
316 No Robert Street
St Paul MN 55101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Trustee | Trust #1 |
| 2. Conservator/Guardian Payee | Twin City Federal Account #1 |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. 2013/2014 | Dorsey & Whitney LLP (former law firm) Retirement Payment Agreement, fixed payments/no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Dorsey & Whitney LLP-retirement and pension | $111,024.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Brocade Communication Systems, Inc. - salary & bonus |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | September 27 - September 30, 2015 | Miami Beach, Florida | meetings and educational programs | partial lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage #1 (H) | | | | | | | | | |
| 2. Alps (ETF) | A | Dividend | J | T | | | | | |
| 3. AT&T (common) | A | Dividend | K | T | | | | | |
| 4. Proctor & Gamble (common ) | A | Dividend | J | T | | | | | |
| 5. Southern Co. (common) | A | Dividend | J | T | | | | | |
| 6. Target (common) | A | Dividend | K | T | | | | | |
| 7. Teco Energy (common ) | A | Dividend | K | T | | | | | |
| 8. Xcel Energy (common ) | A | Dividend | K | T | | | | | |
| 9. Powershares Finl pfd (ETF) | B | Dividend | K | T | | | | | |
| 10. GE Cap Finl (C.D.) | A | Interest | K | T | | | | | |
| 11. Goldman Sachs Bk (C.D.) | A | Interest | K | T | | | | | |
| 12. Freeborn Cnty MN GO (Bond) | A | Interest | K | T | | | | | |
| 13. Deer River MN GO (Bond) | A | Interest | K | T | | | | | |
| 14. MN Hsg Pub Svc Rev (Bond) | A | Interest | K | T | | | | | |
| 15. Mpls MN Library GO (Bond) | A | Interest | K | T | | | | | |
| 16. MN Streets/Hwys GO (Bond) | A | Interest | K | T | | | | | |
| 17. Mpls MN Spl Sch Dist GO (Bond) | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MN Hsg Res Rev (Bond) | A | Interest | K | T | | | | | |
| 19. US Gov't mm NKA RBC Br Sweep Program (money mkt) | A | Interest | J | T | | | | | See Section VIII - change |
| 20. | | | | | | | | | |
| 21. | | | | | | | | | |
| 22. Brokerage #2 (H) | | | | | | | | | |
| 23. US Gov't mm NKA RBC Br Sweep Program (m mkt) | A | Interest | J | T | | | | | See Section VIII- change |
| 24. (Metropolitan West Ttl Retrn (Mutual Fd) | A | Dividend | K | T | Buy (add'l) | 04/17/15 | J | | |
| 25. MFS Div Income (Mutual Fund) | A | Dividend | K | T | | | | | |
| 26. Anoka Cnty MN GO (Bond) | A | Interest | K | T | | | | | |
| 27. | | | | | | | | | |
| 28. Brokerage #3 (H) | | | | | | | | | |
| 29. RBC Prime mm NKA RBC Br Sweep Program (m mkt) | A | Interest | J | T | | | | | See Section VIII - change |
| 30. Activision Blizzard (common) | | None | J | T | Buy | 11/13/15 | J | | |
| 31. Actavis PLC NKA Allergan | | None | | | Merged (with line 37) | 06/15/15 | | | |
| 32. Acuity Brands (common) | A | Dividend | J | T | Buy | 03/06/15 | J | | |
| 33. | | | | | Buy (add'l) | 06/15/15 | J | | |
| 34. Adobe Systems (common) | | None | J | T | Buy | 03/13/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Advanced Auto Parts | A | Dividend | J | T | | | | | |
| 36. Alexion Pharma (common) | | None | J | T | Buy | 02/23/15 | J | | |
| 37. Allergan PLC FKA Actavis (common) | | None | J | T | Open | 06/15/15 | | | Line 31 merger |
| 38. Alphabet FKA Google (common) | | None | J | T | Open | 10/05/15 | | | Line 62 merger |
| 39. Amazon (common) | | None | J | T | Buy | 11/13/15 | J | | |
| 40. Ametek (common) | | None | | | Sold | 01/27/15 | J | B | |
| 41. Andarko Pete (common) | A | Dividend | J | T | | | | | |
| 42. Apple (common) | A | Dividend | J | T | Sold (part) | 02/13/15 | J | A | |
| 43. | | | | | Sold (part) | 11/13/15 | J | C | |
| 44. Archer Daniels Midland (common) | A | Dividend | J | T | | | | | |
| 45. Avago Tech (common) | A | Dividend | J | T | | | | | |
| 46. Biogen Idec (common) | | None | J | T | | | | | |
| 47. Boeing (common) | A | Dividend | J | T | | | | | |
| 48. Bristol Meyers Squibb (common) | A | Dividend | J | T | Buy | 02/23/15 | J | | |
| 49. Celgene Corp (common) | | None | J | T | | | | | |
| 50. Comcast Corp (class A) | A | Dividend | J | T | | | | | |
| 51. Costco Wholesale (common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Delphi Automotive PLC | A | Dividend | J | T | | | | | |
| 53. Delta Airlines (common) | A | Dividend | J | T | | | | | |
| 54. Edwards Lifesciences Corp (common) | | None | J | T | | | | | |
| 55. Eli Lilly (common) | A | Dividend | J | T | | | | | |
| 56. EOG Res (common) | A | Dividend | J | T | | | | | |
| 57. Exelon Corp | A | Dividend | J | T | Buy | 01/28/15 | J | | |
| 58. FS Networks (common) | | None | J | T | | | | | |
| 59. Facebook (common) | | None | J | T | Buy | 01/08/15 | J | | |
| 60. FedEx Corp | A | Dividend | J | T | | | | | |
| 61. FMC Technologies (common) | | None | | | Sold | 01/08/15 | J | | |
| 62. Google Class A NKA Alpahabet (common) | | None | | | Buy (add'l) | 07/20/15 | J | | |
| 63. | | | | | Merged (with line 38) | 10/05/15 | | | |
| 64. Henry Schein (common) | | None | J | T | | | | | |
| 65. Hewlett Packard (common) | A | Dividend | | | Sold | 10/19/15 | J | | |
| 66. Home Depot (common) | A | Dividend | J | T | | | | | See Section VIII |
| 67. Hospira Inc | | None | | | Sold | 02/23/15 | J | C | |
| 68. Intel Corp (common) | A | Dividend | | | Sold | 03/30/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Johnson & Johnson (common) | A | Dividend | | | Sold (part) | 02/13/15 | J | A | |
| 70. | | | | | Sold (part) | 02/23/15 | J | B | |
| 71. | | | | | Sold | 03/06/15 | J | A | |
| 72. Lear Corp (common) | A | Dividend | J | T | Buy | 05/18/15 | J | | |
| 73. Marathon Oil (common) | A | Dividend | | | Buy | 04/13/15 | J | | |
| 74. | | | | | Sold | 07/02/15 | J | | |
| 75. Merck & Co (common) | A | Dividend | J | T | | | | | |
| 76. Michael kors Hldgs (ordinary) | | None | | | Sold | 05/18/15 | J | A | |
| 77. Michron Technologiy (common) | | None | | | Buy (add'l) | 02/23/15 | J | | |
| 78. | | | | | Sold | 06/12/15 | J | | |
| 79. NXP Semiconductors (common) | | None | J | T | | | | | |
| 80. Newell Rubbermaid (common) | A | Dividend | J | T | | | | | |
| 81. Nextera Energy (common) | A | Dividend | J | T | | | | | |
| 82. Norfolk Southern Corp (common) | A | Dividend | | | Sold | 04/16/15 | J | | |
| 83. Occidental Pete (common) | A | Dividend | J | T | | | | | |
| 84. Parker Hannifin (common) | A | Dividend | | | Sold (part) | 01/26/15 | J | A | |
| 85. | | | | | Sold | 04/13/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Pepsico (common) | A | Dividend | J | T | | | | | |
| 87. Phillips 66 (common) | A | Dividend | | | Sold | 02/20/15 | J | A | |
| 88. Range Resources (common) | A | Dividend | | | Buy | 04/16/15 | J | | |
| 89. | | | | | Buy (add'l) | 07/02/15 | J | | |
| 90. | | | | | Sold | 08/17/15 | J | | |
| 91. Rock Tenn Co NKA Westrock (common) | A | Dividend | | | Buy | 03/13/15 | J | | |
| 92. | | | | | Merged (with line 108) | 07/06/15 | | | |
| 93. RPM International (common) | A | Dividend | | | Sold | 08/27/15 | J | A | |
| 94. Salesforce.com (common) | | None | J | T | Buy | 06/18/15 | J | | |
| 95. Sandisk Corp (common) | | None | | | Sold (part) | 01/16/15 | J | A | |
| 96. | | | | | Sold | 02/23/15 | J | A | |
| 97. Sector Spdr (ETF) | A | Dividend | K | T | Sold (part) | 02/13/15 | J | A | |
| 98. Snap-On Inc (common) | A | Dividend | J | T | | | | | |
| 99. Stryker Corp (common) | A | Dividend | J | T | Buy | 02/23/15 | J | | |
| 100. Texas Instruments (common) | A | Dividend | J | T | Buy | 03/30/15 | J | | |
| 101. | | | | | Sold | 07/08/15 | J | | |
| 102. TJX Companies (common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Valero Energy (common) | | None | | | Buy | 02/20/15 | J | | |
| 104. | | | | | Sold | 04/15/15 | J | | |
| 105. Vulcan Materials (common) | A | Dividend | J | T | | | | | |
| 106. Wabtec Corp (common) | A | Dividend | J | T | | | | | |
| 107. Walt Disney (common) | A | Dividend | J | T | | | | | |
| 108. Westrock Co FKA Rock Tenn (common) | A | Dividend | J | T | Open | 07/06/15 | | | Line 92 Merger |
| 109. Whirlpool Corp (common) | A | Dividend | J | T | | | | | |
| 110. Whitewave Foods Co (common) | | None | J | T | Buy | 02/23/15 | J | | |
| 111. | | | | | Buy (add'l) | 07/20/15 | J | | |
| 112. Zimmer Holdings (common) | A | Dividend | J | T | | | | | |
| 113. | | | | | | | | | |
| 114. Brokerage #4 (H) | | | | | | | | | |
| 115. RBC Prime mm NKA RBC Br Sweep Program (mmkt) | A | Interest | J | T | | | | | See section VIII - change |
| 116. Amer Fds Euro Pacific Gr (mutual fund) | A | Dividend | J | T | | | | | |
| 117. Amer Fds Capital Income Bldr (mutual fund) Class C | A | Dividend | J | T | | | | | |
| 118. Amer Fds Capital Income Bldr (mutual fund) Class F | A | Dividend | J | T | | | | | |
| 119. Thornburg Int'l Value (mutual fund) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  AXA Variable Annuity-See VIII | | None | M | T | | | | | See Part VIII |
| 121. | | | | | | | | | |
| 122.  Brokerage #5 (H) | | | | | | | | | |
| 123.  RBC Prime mm NKA RBC Br Sweep Program (mmkt) | A | Interest | J | T | | | | | See Section VIII - change |
| 124.  Blackrock Eq Div Tr (ETF) | A | Dividend | K | T | Buy | 02/20/15 | J | | |
| 125. | | | | | Buy (add'l) | 09/15/15 | J | | |
| 126.  Delaware MN Muni (ETF) | A | Dividend | | | Buy | 04/17/15 | J | | |
| 127. | | | | | Sold | 09/15/15 | J | | |
| 128.  Kayne Anderson (common) | B | Dividend | J | T | | | | | |
| 129.  MN Higher Ed St. Ben (Bond) | A | Interest | | | Redeemed | 03/02/15 | K | | |
| 130.  MN Hsg Pub Human Svc (Bond) | A | Interest | K | T | Buy | 02/20/15 | K | | |
| 131.  Nuveen AMT Value Fd (ETF) | A | Interest | K | T | Buy | 04/17/15 | K | | |
| 132. | | | | | | | | | |
| 133.  Xcel Energy (common) | A | Dividend | K | T | | | | | |
| 134. | | | | | | | | | |
| 135.  Brokerage Account #6 Dorsey 401k (H) Closed | | | | | | | | | |
| 136. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Brokerage Acct #7 (H) | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. Federated Money Market (money mkt mutual fund) | A | Dividend | J | T | | | | | |
| 140. Amer Fds Euro Pac Gr (mutual fund) | A | Dividend | K | T | | | | | |
| 141. Buffalo Fds Mid Cap (mutual Fund) | D | Dividend | L | T | | | | | |
| 142. Dodge & Cox Fund Int'l Stock (mutual fund) Class F | B | Dividend | L | T | | | | | |
| 143. Dodge & Cox Income (mutual fund) Class I | B | Dividend | L | T | | | | | |
| 144. Fidelity New Insights (cl i mutual fund) | C | Dividend | L | T | | | | | |
| 145. IShares Russell 1000 Gr (ETF) | A | Dividend | L | T | | | | | |
| 146. IShares Russell 1000 Value (ETF) | C | Dividend | M | T | | | | | |
| 147. IShares S&P Sm Cap 600 (ETF) | A | Dividend | L | T | | | | | |
| 148. Metropolitan West Total Return Bond(mutual fund) | D | Dividend | M | T | Buy (add'l) | 04/17/15 | J | | |
| 149. | | | | | Buy (add'l) | 07/15/15 | J | | |
| 150. MFS Div Inc (mutual fund) | B | Dividend | L | T | | | | | |
| 151. Parnassus Core Equity Fd (mutual fund) | D | Dividend | M | T | | | | | |
| 152. T Rowe Price Gr Stk (mutual fund) | D | Dividend | M | T | | | | | |
| 153. Vanguard Total Bond Market ETF | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. American Express Centurion BK | A | Interest | K | T | | | | | |
| 155. Sallie Mae Bk Slt Lake City (C.D.) | A | Interest | K | T | | | | | |
| 156. GE Cap Retrail Bk Utah (C.D.) | B | Interest | L | T | | | | | |
| 157. GE Cap Retail Bk Draper Utah(C.D.) | A | Interest | L | T | | | | | |
| 158. Goldman Sachs Bk USA NY (C.D.) | B | Interest | L | T | | | | | |
| 159. AT & T unsecured OID | B | Interest | K | T | | | | | |
| 160. | | | | | | | | | |
| 161. Brokerage #8 (H) | | | | | | | | | |
| 162. RBC Prime mm NKA RBC Br Sweep Program (mmkt) | A | Interest | K | T | | | | | See Section VIII - change |
| 163. Amer Fds Capital Inc Bldr (mutual fund) | A | Dividend | J | T | | | | | |
| 164. Amer Fds Euro Pac Gr (cl c mutual fund) | A | Dividend | K | T | | | | | |
| 165. Amer Fds Euro Pac Gr (cl f mutual fund) | A | Dividend | K | T | | | | | |
| 166. Brocade Commun Syst (common) | A | Dividend | J | T | | | | | |
| 167. Columbia Acorn Tr (mutual fund) | B | Dividend | | | Sold | 09/15/15 | K | | |
| 168. Fidelity New Insights (mutual fund) | D | Dividend | M | T | | | | | |
| 169. Fundamental Invs (mutual fund) | D | Dividend | L | T | Buy (add'l) | 07/13/15 | J | | |
| 170. Ishares Russell Mid Cap Gr (ETF) | A | Dividend | K | T | Buy | 09/15/15 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Keeley Sm Cap Value (mutual fund) | C | Dividend | K | T | | | | | |
| 172. Lord Abbett Sec Tr Value Opp (mutual fund) | B | Dividend | K | T | | | | | |
| 173. Metropolitan West Total Return Bond (mutual fund) | A | Dividend | K | T | | | | | |
| 174. MFS Ser Tr XIII (mutual fund) | A | Dividend | K | T | | | | | |
| 175. MFS Growth (mutual fund) | B | Dividend | K | T | | | | | |
| 176. MFS Utilities Fd (mutual fund) | C | Dividend | K | T | | | | | |
| 177. Tr for Prof Mgrs Snow Cap Small Cap Value (mutual fd) | A | Dividend | J | T | | | | | |
| 178. | | | | | | | | | |
| 179. Brokerage #10 (H) | | | | | | | | | |
| 180. RBC Branch Sweep (Money Market Program) | A | Interest | J | T | | | | | |
| 181. Ally Bk Midvale Utah (C.D.) | B | Interest | M | T | | | | | |
| 182. GE Cap Bk Retail (C.D.) | A | Interest | K | T | | | | | |
| 183. American Express Cent Bk (C.D.) | A | Interest | L | T | | | | | |
| 184. | | | | | | | | | |
| 185. Trust #1 (H) | | | | | | | | | |
| 186. RBC Prime mm NKA RBC Br Sweep (money mkt fund) | | None | J | T | | | | | See Section VIII - change |
| 187. MFS Ser Tr XIII (mutual fund) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. American Enterprise Inv. Svcs. (mutual fund) | B | Dividend | K | T | | | | | |
| 189. Discover Financial Svcs. (common) | A | Dividend | K | T | | | | | |
| 190. Honeywell Int'l. (common) | A | Dividend | K | T | | | | | |
| 191. Morgan Stanley (common) | A | Dividend | J | T | | | | | |
| 192. Allstate Corp. (common) | A | Dividend | K | T | | | | | |
| 193. Sears Holding Corporation (common) | A | Interest | K | T | | | | | |
| 194. Sears Canada (common) | A | Dividend | J | T | | | | | |
| 195. U.S. Bank N.A. Accounts (cash & CDs) | A | Interest | M | T | | | | | |
| 196. Twin City Federal Account (cash) | | None | M | T | | | | | See Part VIII |
| 197. Brokerage #9 (H) | | | | | | | | | |
| 198. -E Trade cash reserve account | | None | L | T | | | | | See Part VIII |
| 199. -Brocade (common) | | None | M | T | Sold (part) | 01/08/15 | K | E | |
| 200. | | | | | Sold (part) | 01/08/15 | J | D | |
| 201. | | | | | Sold (part) | 01/08/15 | K | E | |
| 202. Twin City Federal Account #1 (Conservator/Guardian) | | None | J | T | | | | | See Part VIII |
| 203. Franklin Templeton Investments Account #1 (Custodian)(Y) | | | | | | | | | |
| 204. -Franklin Founding Funds Allocation Fund-Class A(Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following references to Lines are all Lines contained in Part VII

Lines 19, 23, 29, 115, 123, 162, 186:  Internal exchange between money markets.

Lines 31 and 37:  6/15/15 Merger/Name change - Actavis PLC to Allergan PLC.

Line 65:  Hewlett Packard Sale - No Gain

Line 66:  Home Depot inadvertently reported that"All" shares were sold in 2014 when it was actually just "Sold Part".

Line 74:  Marathon Oil Sale - No Gain

Line 78:  Micron Tech Sale - No Gain

Line 82:  Norfolk Southern Sale - No Gain

Line 90:  Range Resources - No Gain

Line 94: Salesforce - No income rec'd during this reporting period

Line 95:  Sandisk - No income rec'd during this reporting period

Line 101: Texas Instruments Sale - No Gain

Line 104: Valero Sale - No Gain and no interest rec'd during this reporting period

Line 115: (continued) Prime Money Market - No income rec'd during this reporting period

Line 120: This annuity is invested in a model portfolio 50% moderate allocation/50% conservative allocation.  I am only able to select the asset allocation and the annuity makes all investment decisions without consulting me.

Line 127: Delaware MN Muni Fd Sale - No Gain

Line 167:  Columbia Acorn Sale- No Gain

Line 186:  No income rec'd for this reporting year

Lines 196 and 202: These are checking accounts that do not pay any interest or any other form of income.

Line 198: This is a cash holding account that does not generate income.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Katherine A. Constantine**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544